AUSTIN HERZELL, Respondent, v. "ALFRED " TYLER SMITH (the Name "Alfred " Being Fictitious, Defendant's First Name Being Unknown to Plaintiff), Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

MARIAN S. HONEYMAN, Appellant, v. HERBERT G. HANAN, as Executor, etc., of HERBERT W. HANAN, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

IRVING TRUST COMPANY, Formerly AMERICAN EXCHANGE IRVING TRUST COMPANY, as Trustee under Indenture, Dated July 1, 1927, between AMERICAN EXCHANGE IRVING TRUST COMPANY and CITY HOUSING CORPORATION, Plaintiff, v. ESSEX TERRACE, LTD., and Others, Defendants, and MEYER PARODNECK and I. ESAR COHEN, Appellants; EDWARD A. DANGLER, as Receiver, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

In the Matter of the Application of M. MILTON GEWERTZ for Reinstatement to the Bar.— Motion for reinstatement denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

In the Matter of the Petition of the WESTCHESTER COUNTY BAR ASSOCIATION in Regard to BENJAMIN LEVITAN, an Attorney, Respondent.— Proceeding dismissed. Respondent claims the right to withhold the sum of $100 from plaintiff in the foreclosure action because said plaintiff refuses to abide by the terms of a lease made by respondent, as receiver, with a tenant, and by which lease respondent claims said plaintiff was to be bound under a settlement of the foreclosure action. The controversy should be determined in a summary proceeding in the foreclosure suit or by separate action as the parties may be advised. The respondent seems to be acting in good faith. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

In the Matter of the Petition of LIBBY STARR, Petitioner-Respondent, for an Order Determining the Custody of CONSTANCE BROCK, an Infant. HELEN JOSEPHSON, Appellant; LOUIS BROCK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.